IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NICHOLAS A. SRADER,

                **Plaintiff,**

      v.                                                                CASE NO. 23-3178-JWL

UNITED STATES OF AMERICA, et al.,

                **Defendants.**

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a filing by Plaintiff entitled "Order to Show Cause of Preliminary Injunction." (Doc. 18.) This document appears to be a proposed order directing Defendants to show cause why a preliminary injunction should not issue. *Id.* To the extent that this document can be liberally construed as a motion for this Court to issue the order, it is denied. As already explained to Plaintiff, in order to justify a preliminary injunction, Plaintiff must establish that: (1) he will suffer irreparable injury unless the injunction issues; (2) the threatened injury outweighs whatever damaged the proposed injunction may cause the opposing party; (3) the injunction, if issued, would not be adverse to the public interest; and (4) there is a substantial likelihood of success on the merits. *See Heideman v. S. Salt Lake City*, 348 F.3d 1182, 1188 (10th Cir. 2003); (Doc. 16, p. 18.) Because a preliminary injunction is an extraordinary remedy, the right to relief must be clear and unequivocal. *Id.*

Plaintiff has not shown a clear and unequivocal right to a preliminary injunction. As noted above, Plaintiff's precise claims are as yet unclear. Therefore, it cannot be said that there is a substantial likelihood that he will succeed on the merits of his claims in this action. In addition, since Plaintiff has not yet filed a complaint that survives the statutorily required initial screening

1

2

process, it has not yet been determined who will be Defendants to this action. Accordingly, the Court sees no reason to issue a show-cause order regarding a preliminary injunction.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for order to show cause (Doc. 18) is **denied.**

**IT IS SO ORDERED.**

DATED:   This 14th day of September, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
