IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**NICHOLAS A. SRADER,**

    **Plaintiff,**

    v.                                                 CASE NO. 23-3178-JWL

**UNITED STATES OF AMERICA, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Nicholas A. Srader's motion to reconsider the October 11, 2023 dismissal of this matter. (Doc. 25.) The dismissal was vacated and this matter reopened by the order issued on October 13, 2023. (Doc. 23.) Thus, the motion to reconsider, which the Court received in the mail today, will be denied as moot. Plaintiff's second amended complaint is due on or before November 13, 2023. *See id.*

Along with his motion, Plaintiff submitted a letter addressed by name to an individual in the Clerk's Office. (Doc. 25-1.) In the letter, Plaintiff asserts that this individual may be attempting to block Plaintiff's access to the Court and Plaintiff appears to believe that this individual was involved in the decision to dismiss this action. Plaintiff is advised that Deputy Clerks are not involved in the Court's substantive analysis of parties' arguments, nor are they involved in the Court's decision on how to rule on issues in this matter. In addition, Clerk's Office staff do not make independent decisions regarding filing procedures or inmate access to the Courts; they follow procedures that have been put in place by the Court, the Local Rules, and the Federal Rules of Civil Procedure. Plaintiff should address all inquiries regarding his filings to the Court and he should refrain from making unfounded accusations about members of the Clerk's Office staff.

**IT IS THEREFORE BY THE COURT ORDERED** that the motion to reconsider (Doc. 25) is **denied as moot.** In an order dated October 13, 2023, the Court vacated the previous dismissal of this matter and ordered the case reopened. (Doc. 23.) Plaintiff's second amended complaint is due on or before November 13, 2023.

**IT IS SO ORDERED**.

Dated on this 27th day of October, 2023, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge