IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NICHOLAS A. SRADER,

            **Plaintiff,**

    v.                                                       CASE NO. 23-3178-JWL

UNITED STATES OF AMERICA, et al.,

            **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff Nicholas A. Srader, a federal pretrial inmate currently incarcerated at the United States Penitentiary in Leavenworth, Kansas (USPL), filed this pro se civil action seeking relief from federal officials for the alleged violations of his constitutional rights. (Doc. 1.) On November 27, 2023, the Court entered a Memorandum and Order (Doc. 37) ("M&O III") dismissing this matter for failure to state a claim.

This matter is before the Court on Plaintiff's Motion to Quash Order for Filing Fee and Request Return of Over-Paid Fees and the attached inmate account statement. (Docs. 43 and 43-1.) Therein, Plaintiff asserts that a total of $420.00 has been submitted to the Court toward the filing fee in this case despite the filing fee being only $350.00. (Doc. 43, p. 2.) He asks the Court to quash the order directing him to pay the filing fee, notify the prison that it should cease making payments to the Court toward the filing fee, and direct the Court's finance office to refund the amount paid beyond the $350.00. (Doc. 43, p. 3.)

The Court has inquired with its financial office regarding the payments from Plaintiff's prison account and finds as follows. Plaintiff has filed four civil cases in this Court for which he was assessed a $350.00 filing fee per case: (1) the current case (*see* Doc. 10); (2) *Srader v. United*

1

*States of America, et al.*, Case No. 15-3252-SAC-DJW (*see* Doc. 12, issued January 6, 2016); (3) *Srader v. LNU, et al.*, Case No. 10-3211-SAC (*see* Doc. 7, issued August 3, 2011); and (4) *Srader v. Morehead, et al.*, Case No. 10-cv-3209-SAC (*see* Doc. 9, issued May 18, 2011).[1]

Over the years, Plaintiff has paid some, but not all, of the filing fees owed in these actions and he remains obligated to pay the outstanding balances of each filing fee. Even assuming that all of the payments alleged in Plaintiff's motion have been made to the Court, Plaintiff nevertheless maintains an outstanding balance owed for filing fees in his previous cases. In other words, even if Plaintiff has paid the full filing fee for this case, funds from his inmate account may be withdrawn and submitted to the Court to satisfy the outstanding filing fees due in his earlier cases. For these reasons, the motion to quash (Doc. 43) will be denied. If Plaintiff has further questions about specific payments to the Court or his outstanding balance, he should contact the Court's finance department by email at ksd_crinfo@ksd.uscourts.gov or by calling (913) 735-2200 and asking to speak to finance.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion to Quash (Doc. 43) is **denied.** The Clerk is directed to provide Plaintiff with the payment histories referred to herein.

**IT IS SO ORDERED.**

Dated December 21, 2023, in Kansas City, Kansas.

S/   John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was also assessed a criminal special assessment in a fourth case. For Plaintiff's convenience, the Court will direct the Clerk to send with this order the payment histories for Plaintiff's cases. Plaintiff should remember that there may be a delay between the date on which money was deducted from his inmate account and the date on which the Court receives payment.